Núm. 7309.—Delgado, aplda. *v.* Vázquez et al., apltes.—C. D. San Juan.　▮▮▮▮▮▮▮　Febrero 1, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, éste y dos casos más fueron sometidos en la corte de distrito por la misma prueba y en este tribunal por un solo alegato, siendo los únicos errores señalados los siguientes:

"*Primero* Que la corte cometió error al declarar sin lugar la excepción previa de falta de causa de acción.

·"*Segundo:* Que la corte cometió error manifiesto al considerar y apreciar la prueba de las partes.

*"Tercero:* Que la corte cometió error al fallar estos casos porque tales fallos son contrarios a la preponderancia de la prueba.

*"Cuarto:* Que la corte cometió error al imponer las costas en cada caso y especialmente al no excluir honorarios de abogado en el segundo."

POR CUANTO, en el caso de epígrafe se alegó:

"III.—Que en la tarde del día 7 de octubre de 1933, la demandante viajaba en el automóvil 'Essex' núm. 6760, guiado por el Ledo. Enrique Campillo que caminaba por su derecha a velocidad moderada en dirección hacia San Juan y al llegar a la parada 30 de la carretera que de Santurce conduce a Río Piedras y es una carretera pública perteneciente al Gobierno Insular de Puerto Rico, el automóvil Marmon licencia núm. 4378 que conducía a la dueña demandada, Beatriz Martínez, y caminaba en dirección hacia Río Piedras, fué conducido tan negligentemente por su chófer Julio Lugo Quiñones conocido por 'Cubano', placa núm. 45265, que chocó con el automóvil Essex en que viajaba la demandante causándole lesiones y contusiones de consideración entre ellas la dislocación de la pierna derecha por las cuales lesiones estuvo la demandante sufriendo agudos dolores y padeciendo profunda angustia moral por más de dos meses.

"Y la demandante alega que el accidente se debió sólo y exclusivamente a la culpable negligencia de los demandados cuyo chófer el citado Julio Lugo Quiñones caminando a velocidad exagerada se desvió de su lado derecho de la carretera que era la parte Sur hacia el lado Norte que era su izquierda tratando de pasar una guagua que caminaba delante y fué precisamente al hallarse al lado Norte de la carretera que era su izquierda que chocó violentamente con el Essex en que viajaba la demandante lesionando a la dicha demandante en la forma antes indicada."

POR CUANTO, los hechos así expuestos, con otros que no es necesario relacionar aquí, son suficientes, a nuestro juicio, para constituir una buena causa de acción y en tal virtud la corte de distrito no cometió el error apuntado en el primero de dichos señalamientos.

POR CUANTO, tampoco estamos conformes en que la sentencia es contraria a la preponderancia de la prueba, ni encontramos en la apreciación de la misma error tan manifiesto que exija la revocación de la sentencia apelada, ni abuso de discreción en la imposición de las costas.

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en este caso en 29 de junio de 1935.

El Juez Asociado Señor Córdova Dávila no intervino.